IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ANDREW GILKERSON,<br><br>     Defendant. | 4:22-CR-3093<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 66). On July 17, 2023, the Court entered a Preliminary Order of Forfeiture (filing 53) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiring to distribute methamphetamine and to possess methamphetamine with intent to distribute it in violation of 21 U.S.C. §§ 841 and 846, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $14,548.00 in United States currency was forfeited to the United States. Filing 53.

  As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 21, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 65) was filed on September 26, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

  Since the entry of the preliminary order of forfeiture, the plaintiff has concluded that $8,000.00 of the forfeited currency were not actually proceeds of the offense. Filing 72. As a result, the plaintiff is seeking the return of $8,000.00 to the defendant, and final forfeiture of $6,548.00. Filing 72.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 66) is granted.

2. All right, title, and interest in and to $6,548.00 in United States currency held by any person or entity are forever barred and foreclosed.

3. $6,548.00 in United States currency is forfeited to the plaintiff.

4. The plaintiff's Motion to Return Certain Currency to Defendant and to Amend Motion for Final Order of Forfeiture (filing 72) is granted.

5. The Lincoln Police Department is directed to return $8,000.00 to the defendant by tendering payment to the trust account of his attorney, Chad J. Wythers.

6. The plaintiff is directed to dispose of the $6,548.00 in United States currency in accordance with law.

Dated this 16th day of November, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge